AO 247 (Rev. 11/11)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)          Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Western District of Arkansas

| | |
|---|---|
| United States of America<br>v.<br><br>FREDRICK D. LAW | )<br>)<br>)<br>)<br>)<br>) |

Date of Original Judgment:  10/30/2012
Date of Previous Amended Judgment: 
*(Use Date of Last Amended Judgment if Any)*

Case No: 4:11CR40037-016

USM No: 05889-010

Bruce D. Eddy
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____70_____ months **is reduced to** ___60 months___ .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated ___10/30/2012___ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: _____08/31/2015_____

/s/ P. K. Holmes, III
*Judge's signature*

Effective Date: _____11/01/2015_____
*(if different from order date)*

Honorable P. K. Holmes, III, Chief United States District Judge
*Printed name and title*